IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE CHELLINO,

    Plaintiff,

v.

KAISER FOUNDATION,

    Defendant.
_____/

No. C 07-3019 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference currently on calendar for 8:30 on October 5, 2007 to **1:30 p.m. on Friday, October 5, 2007** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 5, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy