```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
 2  MICHAEL N. WESTHEIMER  Bar No. 178938
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5
    Attorneys for Defendant
 6  Kaiser Foundation Health Plan, Inc.
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  MARIE CHELLINO,                CASE NO. C 07-03019 CRB
12       Plaintiff,                STIPULATION AND [PROPOSED]
                                   ORDER SELECTING ADR PROCESS
13       v.
14  KAISER FOUNDATION HEALTH
    PLAN, INC., AND DOES 1-10,
15
         Defendant.
16
17       Counsel report that they have met and conferred regarding ADR and have reached the
    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
18
    The parties agree to participate in the following ADR process:
19
    Court Process:
20       ___ Non-binding Arbitration (ADR L.R. 4)
         ___ Early Neutral Evaluation (ENE) (ADR L.R. 5)
21       XX  Mediation (ADR L.R. 6)
22
    (Note: Parties who believe that an early settlement conference with a Magistrate Judge is
23  appreciably more likely to meet their needs than any other form of ADR, must participate in an
    ADR phone conference and may not file this form.  They must instead file a Notice of Need for
24  ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)
25
    Private Process:
26       ___ Private ADR (please identify process and provider): _____
27  The parties agree to hold the ADR session by:
         ___ the presumptive deadline (The deadline is 90 days from the date of the order referring the
28           case to an ADR process unless otherwise ordered.)
```

SF/1444136v1                          -1-                      CASE NO. C 07-03019 CRB
                    STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

__XX__    other requested deadline ___120 days___

DATED: September 28, 2007        CHARLES J. FLEISHMAN

By: __/s/_____
    Charles J. Fleishman, Esq.
    Attorneys for Plaintiff

DATED: September 28, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: __/s/_____
    Michael N. Westheimer
    Attorneys for Defendant
    Kaiser Foundation Health Plan, Inc.

IT IS SO ORDERED.

Dated: _____, 2007        _____
    Hon. Charles R. Breyer
    United States District Judge