**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 5, 2007**

**C-07-03019CRB**

**MARIE CHELLINO** v. **KAISER FOUNDATION HEALTH PLAN**

Attorneys:   Charles Fleishman              Michael Westheimer

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: N/A

**PROCEEDINGS:**                                                    **RULING:**

1. Initial Case Management Conference  -  Held

2.

3.

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For:

(X) CASE CONTINUED TO March 07, 2008 @ 10:00 a.m. for  X Motions for Summary Judgment

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                       Type of Trial:  ( )Jury    ( )Court

Notes: