SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., and Kaiser
Permanente Welfare Benefit Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO,<br><br>            Plaintiff,<br><br>     v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., AND DOES 1-10,<br><br>            Defendant. | CASE NO. C 07-03019 CRB<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Aetna Life Insurance Company.

DATED: October 11, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                By: _____
                                    Rebecca A. Hull
                                    Michael N. Westheimer
                                    Attorneys for Defendants
                                    Kaiser Foundation Health Plan, Inc., and Kaiser
                                    Permanente Welfare Benefit Plan