**CHARLES J. FLEISHMAN**
Bar# 46405
A Professional Corporation
8383 Wilshire Blvd., Suite 1030
Beverly Hills, California 90211-2495
erisa@erisarights.com
Telephone: (323) 653-9772
FAX: (323) 852-0871
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO ) | NO. C07-3019 CRB |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | ALL PENDING DATES |
| vs. ) | |
| ) | |
| KAISER FOUNDATION HEALTH PLAN, Inc ) | |
| a corporation; DOES 1 ) | |
| through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

The captioned matter is set for mediation on January 11, 2008. The plaintiff's attorney, Charles Fleishman, underwent major surgery on November 15, 2007 and has not yet recovered enough to participate in the mediation as scheduled. All parties and the mediator agree to continue the mediation. Because of conflicting dates of availability, the mediation cannot be scheduled before the date set for the filing of opening briefs with the court by the parties. Therefore the parties request that all dates be continued for at least three weeks, or as best fits the court's schedule. The parties request the following dates:

Opening Briefs are presently set to be filed on Feb. 1, 2008. The parties request that the date be reset to February 22, 2008.

The hearing of the Motions for Summary Judgment is presently set for

1

1 | March 7, 2008. The parties request that the hearing date be reset for March 28,
2 | 2008.
3 | Dated: 1/7/08                                           Dated: 1/7/08
4 |
5 | /s/ Charles J. Fleishman (as authorized 1/7/08)         /s/ Rebecca A. Hull
    Charles J. Fleishman                                    Rebecca A. Hull
    Attorney for Plaintiff                                  Attorney for Defendants
6 |
7 | It is so ordered.
8 |
9 | Hon. Charles R. Breyer
    United States District Judge

2