CHARLES J. FLEISHMAN
Bar# 46405
A Professional Corporation
8383 Wilshire Blvd., Suite 1030
Beverly Hills, California 90211-2495
erisa@erisarights.com
Telephone: (323) 653-9772
FAX: (323) 852-0871
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO<br><br>        Plaintiff,<br><br>   vs.<br><br>KAISER FOUNDATION HEALTH PLAN, Inc<br>a corporation; DOES 1<br>through 10, inclusive,<br><br>        Defendants. | NO. C07-3019 CRB<br><br>STIPULATION TO CONTINUE<br>ALL PENDING DATES |

The captioned matter is set for mediation on January 11, 2008. The plaintiff's attorney, Charles Fleishman, underwent major surgery on November 15, 2007 and has not yet recovered enough to participate in the mediation as scheduled. All parties and the mediator agree to continue the mediation. Because of conflicting dates of availability, the mediation cannot be scheduled before the date set for the filing of opening briefs with the court by the parties. Therefore the parties request that all dates be continued for at least three weeks, or as best fits the court's schedule. The parties request the following dates:

Opening Briefs are presently set to be filed on Feb. 1, 2008. The parties request that the date be reset to February 22, 2008.

The hearing of the Motions for Summary Judgment is presently set for

1

March 7, 2008.  The parties request that the hearing date be reset for March 28, 2008.

Dated: 1/7/08

/s/ Charles J. Fleishman (as authorized 1/7/08)
Charles J. Fleishman
Attorney for Plaintiff

Dated: 1/7/08

/s/ Rebecca A. Hull
Rebecca A. Hull
Attorney for Defendants

It is so ordered.

Hon. Charles R. Breyer
United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA