CHARLES J. FLEISHMAN
Bar# 46405
A Professional Corporation
19839 Nordhoff Street
Northridge, CA 91324
erisa@erisarights.com
Telephone: (818) 350-6285
FAX: (818) 350-6272
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO<br><br>    Plaintiff,<br><br>  vs.<br><br>KAISER FOUNDATION HEALTH PLAN, Inc a corporation; DOES 1 through 10, inclusive,<br><br>    Defendants. | NO. C07-3019 CRB<br><br>NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS |

NOTICE IS GIVEN that the Law Office of Charles J. Fleishman will change its address and telephone numbers effective February 23, 2008, as follows:

New address: 19839 Nordhoff Street, Northridge, CA 91324;

New telephone number: 818-350-6285;

New fax number: 818-350-6272

/s/

Charles J. Fleishman
Attorney for Plaintiff

1