| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | REBECCA A. HULL  Bar No. 99802 |
| 2 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
| 5 | Attorneys for Defendants |
|   | Kaiser Foundation Health Plan, Inc., and Kaiser |
| 6 | Permanente Welfare Benefit Plan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO, | CASE NO. C 07-03019 CRB |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., AND DOES 1-10, | |
| Defendant. | |

Defendants Kaiser Foundation Health Plan, Inc., and Kaiser Permanente Welfare Benefit Plan requests that Michael Neil Westheimer (michael.westheimer@bakernet.com) be removed from the e-filing service list for this matter.  Michael Neil Westheimer is no longer with this firm.

DATED: February 20, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:/s/ Rebecca A. Hull
    Rebecca A. Hull
    Attorneys for Defendants
    Kaiser Foundation Health Plan, Inc., and Kaiser
    Permanente Welfare Benefit Plan