**CHARLES J. FLEISHMAN**
Bar# 46405
A Professional Corporation
19839 Nordhoff St.
Northridge, CA 91324
818-350-6285
erisa@erisarights.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KAISER FOUNDATION HEALTH PLAN, Inc ) <br> a corporation; DOES 1 ) <br> through 10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | NO. C07-3019 CRB <br><br> MANUAL FILING NOTIFICATION RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT <br> Date:  March 28, 2008 <br> Time:  10:00 a.m. <br> Courtroom 8 <br> Judge Charles R. Breyer |

MANUAL FILING NOTIFICATION

Regarding: Exhibit 1585 to Plaintiff's Motion for Summary Judgment

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[x] Physical Object (description): CD Rom Video Disk

[x] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

1 [_] Item Under Seal
2 [_] Conformance with the Judicial Conference Privacy Policy (General Order
3 53).
4 [_] Other (description): _____
5 _____
6 DATED:   February 20, 2008

CHARLES J. FLEISHMAN<br>
Attorney for plaintiff

# PROOF OF SERVICE BY MAIL

I am a resident of Los Angeles County. I am over the age of 18 years and I am a member of the State Bar. My business address is 8383 Wilshire Blvd., Suite 1030, Beverly Hills CA 90211.

On February 20, 2008, I served the within MANUAL FILING NOTIFICATION on the parties of interest in said action by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid in the United States mail at Beverly Hills, California addressed as follows:

Rebecca Hull
SEDGWICK, DETERT, MORAN et al.
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2008, at Beverly Hills, California.

---------------------------------
Charles J. Fleishman