1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendants
   Kaiser Foundation Health Plan, Inc., and Kaiser
6  Permanente Welfare Benefit Plan

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MARIE CHELLINO, | CASE NO. C 07-03019 CRB |
|---|---|---|
| 12 | Plaintiff, | **DECLARATION OF RICHARD COLLINS IN SUPPORT OF DEFENDANTS'** |
| 13 | v. | **MOTION FOR SUMMARY JUDGMENT** |
| 14 | KAISER FOUNDATION HEALTH PLAN, INC., AND DOES 1-10, | |
| 15 | | |
| 16 | Defendant. | |

17

18        I, Richard Collins, declare:

19        1.    The matters stated herein are true of my personal knowledge. If called upon to do

20  so, I could and would testify thereto. I make this declaration in support of the motion for

21  summary judgment of defendants Kaiser Foundation Health Plan, Inc. ("KFHP") and Kaiser

22  Permanente Welfare Benefit Plan ("Plan").

23        2.    I am an employee of Aetna Life Insurance Company ("Aetna"). My current

24  position is Senior Disability Analyst, a job which I have held since approximately 2004. In

25  general my job duties include claim adjudication.

26        3.    More specifically, my job duties require me to be familiar with the Aetna group

27  long term disability ("LTD") policy that funded certain LTD benefits provided by the Plan

28  effective June 30, 1999, as a successor to New York Life Insurance Company, which previously

had funded under its policy No. G-12250, which Aetna assumed. As such, I am aware that KFHP is the Plan Administrator of the Plan, and that Aetna became the claim administrator for those benefits that are funded by the Aetna group LTD policy, effective June 30, 1999.

4. I am a custodian of records for the adminsitrative record regarding the claim of Marie Chellino for benefits under the Plan. As such, I am able to verify that the administrative record was compiled and maintained in the ordinary course of Aetna's business as part of its function as the claim administrator for the Plan with regard to those Plan benefits funded by the Aetna policy. The claim of Marie Chellino fell under the Aetna policy, because the Plan benefits that were paid to her were funded by the New York Life Insurance Company policy before Aetna succeeded to that business.

5. Exhibit A to this declaration is the complete administrative record for the claim of Marie Chellino, consecutively numbered as "ADMIN 1-1585" including seven computer disks that contain video information obtained through surveillance of Ms. Chellino.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed at _February 22, 2008_

_[signature]_