1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendants
   Kaiser Foundation Health Plan, Inc., and Kaiser
6  Permanente Welfare Benefit Plan

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARIE CHELLINO,                    | CASE NO. C 07-03019 CRB
12 |     Plaintiff,                     | **NOTICE OF MANUAL FILING**
13 |     v.                             |
14 | KAISER FOUNDATION HEALTH           |
   | PLAN, INC., AND DOES 1-10,         |
15 |                                    |
   |     Defendant.                     |
16

17
                     MANUAL FILING NOTIFICATION
18
       Regarding:   EXHIBITS TO DECLARATION OF RICHARD COLLINS IN SUPPORT
19
   OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
20
       This filing is in paper or physical form only, and is being maintained in the case file in the
21
   Clerk's office.
22
       If you are a participant in this case, this filing will be served in hard-copy shortly.
23
       For information on retrieving this filing directly from the court, please see the court's
24
   main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
25
       This filing was not efiled for the following reason(s):
26
   XXXX Voluminous Document (PDF file size larger than efiling system allowances) (specifically
27
   ADMIN 1-1578)
28
       _____ Unable to Scan Documents

                                        -1-                    CASE NO. C 07-03019 CRB
SF/1488780v1                    NOTICE OF MANUAL FILING

1 | _____Physical Object (description):

2 | XXX   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

3 | (specifically cds labeled: ADMIN 1579-1585)

4 | _____Item Under Seal

5 | _____Conformance with the Judicial Conference Privacy Policy (General Order 53).

6 | _____Other (description): _____

7 | DATED: February 22, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:/s/ Rebecca A. Hull
   Rebecca A. Hull
   Attorneys for Defendants
   Kaiser Foundation Health Plan, Inc., and Kaiser
   Permanente Welfare Benefit Plan