CHARLES J. FLEISHMAN
Bar# 46405
A Professional Corporation
19839 Nordhoff Street
Northridge, California 91324
erisa@erisarights.com
Telephone: (818) 350-6285
FAX: (818) 350-6272
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO | NO. C07-3019 CRB |
| Plaintiff, | DECLARATION OF CHARLES FLEISHMAN RE EXHIBIT 1585 |
| vs. | Date: March 28, 2008 |
| KAISER FOUNDATION HEALTH PLAN, Inc a corporation; DOES 1 through 10, inclusive, | Time: 10:00 a.m.<br>Courtroom 8<br>Judge Charles R. Breyer |
| Defendants. | |

DECLARATION OF CHARLES J. FLEISHMAN

I, Charles J. Fleishman, declare as follows:

1. I am an attorney licensed to practice law before all the courts of this state and am the attorney of record for the plaintiff in the present action.

2. Exhibit 1585 in support of the Plaintiff's Motion for Summary Judgment is the only surveillance video disk given to me by the defendant during the administrative review of the plaintiff's claim.

3. Exhibit 1585 does not show the plaintiff riding on a horse.

1

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed this February 23, 2008 at Northridge, California.

                                                    _____
                                                       Charles J. Fleishman