IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIE CHELLINO,

    Plaintiff,

  v.

KAISER FOUNDATION HEALTH PLAN, et al.,

    Defendants.
_____/

No. C 07-03019 CRB

**JUDGMENT**

    The Court having denied plaintiff's motion for summary judgment and having granted defendant's motion for summary judgment, judgment is entered in favor of defendants and against plaintiff.

    **IT IS SO ORDERED.**

Dated: March 26, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\3019\judgment.wpd