**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL  MINUTES</u>

**JUDGE CHARLES R. BREYER**

Date: <u>March 28, 2008</u>

Case No.  <u>C 07-3019 CRB</u>

Title:   MARIE CHELLINO v. KAISER FOUNDATION

Plaintiff Attorneys:    Charles Fleishmann

Defense Attorneys:    Not present

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: Katherine Powell

**<u>PROCEEDINGS</u>**

1)     <u>P's Motion for Summary Judgment - HELD.            </u>


**ORDERED AFTER HEARING:** The Court informed Mr. Fleishmann that an order was previously entered denying the motion.