FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | **CHARLES J. FLEISHMAN**
  | Bar# 46405
2 | A Professional Corporation
  | 19839 Nordhoff St.
3 | Northridge, CA 91324
  | telephone (818)350-6285
4 | fax (818)350-6272
  | erisa@erisarights.com
5 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C-07-3019 CRB

| MARIE CHELLINO, | ) | NO. CV06-754 |
| | ) | |
| Plaintiff, | ) | REPRESENTATION STATEMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| KAISER FOUNDATION HEALTH PLAN, INC. | ) | |
| a corporation; DOES 1 through 10, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Representation Statement

Plaintiff, Marie Chellino, is represented by Charles J. Fleishman, 19839 Nordhoff Street, Northridge, California 91324, 818-350-6285.

The defendant/respondent is Kaiser Fondation Health Plan and Kaiser Permanente Welfare Plan, an ERISA plan, represented by SEDGWICK, DETERT, MORAN & ARNOLD, Onr Market Plaza, 8th Floor, San Farncisco, CA 94105, 425-782-7900.

March 31, 2008

_[signature]_
Charles J. Fleishman

1

# PROOF OF SERVICE BY MAIL

I am a resident of Los Angeles County. I am over the age of 18 years and I am a member of the State Bar. My business address is 19839 Nordhoff St., Northridge, CA 91324.

On March 31, 2008, I served the within REPRESENTATION STATEMENT on the parties of interest in said action by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid in the United States mail at Beverly Hills, California addressed as follows:

Rebecca Hull
SEDGWICK, DETERT, MORAN et al.
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2008, at Northridge, California.

Charles J. Fleishman