UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 7, 2008

**CASE INFORMATION:**
Short Case Title:  <u>MARIE CHELLINO</u>-v- <u>KAISER FOUNDATION HEALTH PLAN</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-03019 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>6/11/07</u>
Date Appealed order/judgment *entered* <u>3/26/08</u>
Date NOA *filed* <u>4/4/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>Katherine Powell, (415) 794-6659</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>4/4/08</u>               Date Docket Fee Billed:
Date FP granted:                                  Date FP denied:
Is FP pending? ☐ yes  ☐ no                        Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address) See Docket Sheet
Appellate Counsel:                     Appellee Counsel:
Charles J. Fleishman                   Rebecca A. Hull
19839 Nordhoff St.                     Sedgwick, Detert, Moran & Arnold LLP
Northridge, CA 91324                   One Market Plaza
                                       Steuart Tower, 8th Floor
                                       San Francisco, CA 94105
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                           Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000