CHARLES J. FLEISHMAN
Bar# 46405
A Professional Corporation
19839 Nordhoff St.
Northridge, CA 91324
telephone (818)350-6285
fax (818)350-6272
erisa@erisarights.com
Attorney for Plaintiff



UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

C07-3019CRB

| | |
|---|---|
| MARIE CHELLINO | NO. CV06-754 |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN, INC. a corporation; DOES 1 through 10, inclusive, | |
| Defendants. | |

Notice is hereby given that Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment For Defendant entered on March 26, 2008.

Plaintiff/appellant is Marie Chellino represented by Charles J. Fleishman, 19839 Nordhoff Street, Northridge, California 91324 and the defendant/respondent is Kaiser Fondation Health Plan and Kaiser Permanente Welfare Plan, an ERISA plan, represented by SEDGWICK, DETERT, MORAN & ARNOLD, Onr Market Plaza, 8th Floor, San Farncisco, CA 94105, 425-782-7900.

Dated: March 31, 2008

Charles J. Fleishman

1

## PROOF OF SERVICE BY MAIL

I am a resident of Los Angeles County. I am over the age of 18 years and I am a member of the State Bar. My business address is 19839 Nordhoff St., Northridge, CA 91324.

On March 31, 2008, I served the within NOTICE OF APPEAL on the parties of interest in said action by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid in the United States mail at Beverly Hills, California addressed as follows:

Rebecca Hull
SEDGWICK, DETERT, MORAN et al.
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2008, at Northridge, California.

Charles J. Fleishman