**RECEIVED**

APR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

R E C E I V E D
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 0 8 2008

FILED_____
DOCKETED_____
DATE          INITIAL

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 7, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-03019 CRB**

**CASE TITLE: MARIE CHELLINO-v-KAISER FOUNDATION HEALTH PLAN**

USCA Case Number:    ( 08-15803

Dear Sir/Madam:

Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 0 8 2008

FILED_____
DOCKETED_____
         DATE      INITIAL

April 7, 2008

**CASE INFORMATION:**
Short Case Title: MARIE CHELLINO -v- KAISER FOUNDATION HEALTH PLAN
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-03019 CRB
Date Complaint/Indictment/Petition Filed: 6/11/07
Date Appealed order/judgment *entered* 3/26/08
Date NOA *filed* 4/4/08
Date(s) of Indictment  Plea Hearing  Sentencing

08-15803

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Katherine Powell, (415) 794-6659

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 4/4/08                 Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address) See Docket Sheet
Appellate Counsel:                           Appellee Counsel:
Charles J. Fleishman                         Rebecca A. Hull
19839 Nordhoff St.                           Sedgwick, Detert, Moran & Arnold LLP
Northridge, CA 91324                         One Market Plaza
                                             Steuart Tower, 8th Floor
                                             San Francisco, CA 94105

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000