1  THE FLEISHMAN LAW FIRM
   CHARLES J. FLEISHMAN  Bar No. 46405
2  PAUL A. FLEISHMAN  Bar No. 251657
   19839 Nordhoff Street
3  Northridge, California 91324
   (818) 350-6285
4  Facsimile: (818) 350-6272
   erisa@erisarights.com
5
   Attorneys for Plaintiff
6  Marie Chellino

7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
8  rebecca.hull@sdma.com
   ERIN A. CORNELL  Bar No. 227135
9  erin.cornell@sdma.com
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12
   Attorneys for Defendants
13 Kaiser Foundation Health Plan, Inc., and Kaiser
   Permanente Welfare Benefit Plan
14

E-filing

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18 | MARIE CHELLINO,                         | CASE NO. C 07-3019 CRB
19 |       Plaintiff,                        | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE AND RELATED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEY FEES**
20 |    v.
21 | KAISER FOUNDATION HEALTH PLAN, INC., a corporation; DOES 1
22 | through 10, inclusive,
23 |       Defendants.

25     Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Permanente Welfare Benefit

26 Plan (collectively "Defendants") and Plaintiff Marie Chellino ("Plaintiff") through their

27 respective counsel of record herein, hereby stipulate as follows:

28     WHEREAS, on December 18, 2009, Plaintiff filed her motion for attorney fees, which

1  was scheduled for hearing January 22, 2010;

2  WHEREAS, pursuant to the Northern District Civil Local Rules, Defendants' opposition
3  to plaintiff's motion for attorney fees must be filed by January 1, 2010;

4  WHEREAS, Rebecca A. Hull, lead counsel for Defendants, will be out of the office due
5  to a pre-planned vacation during the week of December 28, 2009 through January 1, 2010;

6  NOW, THEREFORE, Plaintiff and Defendants hereby agree and stipulate and
7  respectfully request the Court as follows:

8  That the hearing for Plaintiff's motion for attorney fees be continued two weeks to
9  February 5, 2010.

10  SO STIPULATED AND AGREED AND RESPECTFULLY REQUESTED:

11  DATED: December 28, 2009     THE FLEISHMAN LAW FIRM

By: /s/ Charles J. Fleishman (permission granted 12/28/09)
    Charles J. Fleishman
    Paul A. Fleishman
    Attorneys for Plaintiff
    Marie Chellino

17  DATED: December 28, 2009     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendant
    Kaiser Foundation Health Plan, Inc., and Kaiser
    Permanente Welfare Benefit Plan

### ORDER

Pursuant to the parties' Stipulation and good cause found herein, the Court hereby continues the hearing date for Plaintiff's motion for attorney fees two weeks to February 5, 2010.

DATED: DEC 3 1 2009

_____
HONORABLE CHARLES R. BREYER