THE FLEISHMAN LAW FIRM
CHARLES J. FLEISHMAN Bar No. 46405
PAUL A. FLEISHMAN Bar No. 251657
19839 Nordhoff Street
Northridge, California 91324
(818) 350-6285
Facsimile: (818) 350-6272
erisa@erisarights.com

Attorneys for Plaintiff
Marie Chellino

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL Bar No. 99802
rebecca.hull@sdma.com
ERIN A. CORNELL Bar No. 227135
erin.cornell@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Kaiser Foundation Health Plan, Inc., and Kaiser
Permanente Welfare Benefit Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHELLINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a corporation; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. C 07-3019 CRB<br><br>**STIPULATION AND AMENDED [PROPOSED] JUDGMENT** |

The Circuit Court of Appeals has found that the termination of the plaintiff's benefits under the Kaiser Permanente Welfare Benefit Plan ("Plan") was an abuse of discretion, reversed the judgment, and ordered that judgment be entered for the plaintiff. Therefore,

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Marie Chellino and defendants Kaiser Foundation Health Plan, Inc. and Kaiser Permanente Welfare Benefit Plan:

1. The plaintiff is entitled to recover Plan benefits from the date of termination of such benefits until the date of entry of this judgment.

2. The plaintiff will seek interest on the amount of benefits due her. The parties are ordered to try to agree on the interest amount and, if they cannot, to return to this court where the issue will be brief and decided.

3. The plaintiff will seek attorneys fees and costs according to the Local Rules of this Court, if the parties cannot agree on an amount.

4. The plaintiff is to be reinstated to the Plan.

5. The plaintiff is entitled to be paid future benefits under the Kaiser Permanente Welfare Benefit Plan, according to the terms of the Plan, for so long as she remains eligible for such benefits under the Plan.

DATED: January 11, 2010      THE FLEISHMAN LAW FIRM


By: /s/ Charles J. Fleishman (w/permission granted 1/11/10)
    Charles J. Fleishman
    Attorneys for Plaintiff
    Marie Chellino


DATED: January 11, 2010      SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Erin A. Cornell
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    Kaiser Foundation Health Plan, Inc., and Kaiser
    Permanente Welfare Benefit Plan

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED**

1. The plaintiff is entitled to recover Plan benefits from the date of termination of such benefits until the date of entry of this judgment.

2. The plaintiff will seek interest on the amount of benefits due her. The parties are ordered to try to agree on the interest amount and, if they cannot, to return to this court where the issue will be brief and decided.

3. The plaintiff will seek attorneys fees and costs according to the Local Rules of this Court, if the parties cannot agree on an amount.

4. The plaintiff is to be reinstated to the Plan.

5. The plaintiff is entitled to be paid future benefits under the Kaiser Permanente Welfare Benefit Plan, according to the terms of the Plan, for so long as she remains eligible for such benefits under the Plan.

DATED: January 12, 2010



Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer