1  THE FLEISHMAN LAW FIRM
   CHARLES J. FLEISHMAN  Bar No. 46405
2  PAUL A. FLEISHMAN  Bar No. 251657
   19839 Nordhoff Street
3  Northridge, California 91324
   (818) 350-6285
4  Facsimile: (818) 350-6272
   erisa@erisarights.com
5
   Attorneys for Plaintiff
6  Marie Chellino

7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
8  rebecca.hull@sdma.com
   ERIN A. CORNELL  Bar No. 227135
9  erin.cornell@sdma.com
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12
   Attorneys for Defendants
13 Kaiser Foundation Health Plan, Inc., and Kaiser
   Permanente Welfare Benefit Plan
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 | MARIE CHELLINO,                          | CASE NO. C 07-3019 CRB
19 |         Plaintiff,                       | **STIPULATION AND AMENDED**
   |                                          | **[PROPOSED] JUDGMENT**
20 |    v.
21 | KAISER FOUNDATION HEALTH
   | PLAN, INC., a corporation; DOES 1
22 | through 10, inclusive,
23 |         Defendants.

1  The Circuit Court of Appeals has found that the termination of the plaintiff's benefits
2  under the Kaiser Permanente Welfare Benefit Plan ("Plan") was an abuse of discretion, reversed
3  the judgment, and ordered that judgment be entered for the plaintiff. Therefore,

4  IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Marie Chellino
5  and defendants Kaiser Foundation Health Plan, Inc. and Kaiser Permanente Welfare Benefit
6  Plan:

7  1. The plaintiff is entitled to recover Plan benefits from the date of termination of
8  such benefits until the date of entry of this judgment.

9  2. The plaintiff will seek interest on the amount of benefits due her. The parties are
10  ordered to try to agree on the interest amount and, if they cannot, to return to this court where the
11  issue will be brief and decided.

12  3. The plaintiff will seek attorneys fees and costs according to the Local Rules of this
13  Court, if the parties cannot agree on an amount.

14  4. The plaintiff is to be reinstated to the Plan.

15  5. The plaintiff is entitled to be paid future benefits under the Kaiser Permanente
16  Welfare Benefit Plan, according to the terms of the Plan, for so long as she remains eligible for
17  such benefits under the Plan.

18  DATED: January 11, 2010                THE FLEISHMAN LAW FIRM

20                                          By: /s/ Charles J. Fleishman (w/permission granted 1/11/10)
                                                Charles J. Fleishman
21                                              Attorneys for Plaintiff
                                                Marie Chellino

23  DATED: January 11, 2010                SEDGWICK, DETERT, MORAN & ARNOLD LLP

25                                          By: /s/ Erin A. Cornell
                                                Rebecca A. Hull
26                                              Erin A. Cornell
                                                Attorneys for Defendants
27                                              Kaiser Foundation Health Plan, Inc., and Kaiser
                                                Permanente Welfare Benefit Plan

**ORDER**

**IT IS ORDERED, ADJUDGED AND DECREED**

1. The plaintiff is entitled to recover Plan benefits from the date of termination of such benefits until the date of entry of this judgment.

2. The plaintiff will seek interest on the amount of benefits due her. The parties are ordered to try to agree on the interest amount and, if they cannot, to return to this court where the issue will be brief and decided.

3. The plaintiff will seek attorneys fees and costs according to the Local Rules of this Court, if the parties cannot agree on an amount.

4. The plaintiff is to be reinstated to the Plan.

5. The plaintiff is entitled to be paid future benefits under the Kaiser Permanente Welfare Benefit Plan, according to the terms of the Plan, for so long as she remains eligible for such benefits under the Plan.

DATED: January 12, 2010



Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer